AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

JOHN BOLWELL, et al  
                 Plaintiff(s),  
V.  
PFIZER INC., et al  
                 Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 05-3902 CRB

Notice is hereby given that, subject to approval by the court, __John Bolwell; Alane Davis__ substitutes (Party(s) Name)

__Jeremy L. Tissot__, State Bar No. __173865__ as counsel of record in  
(Name of New Attorney)

place of __Callahan, McCune & Willis, APLC (by Robert Thompson).__  
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | TAYLOR | TISSOT |
| Address: | 9595 Wilshire Blvd., Beverly Hills, CA 90212 |
| Telephone: | (310) 274-8525     Facsimile (310) 274-8535 |
| E-Mail (Optional): | JTISSOT@TISSOTLAW.COM |

I consent to the above substitution.  
Date: 1/22/2011  
                                        (Signature of Party(s))

I consent to being substituted.  
Date: 1/17/11  
                                        (Signature of Former Attorney(s))

I consent to the above substitution.  
Date: 1/25/2:11  
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 7, 2011

IT IS SO ORDERED  
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]