1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11   IN RE: BEXTRA AND CELEBREX              CASE NO. 05-CV-01699 CRB
     MARKETING SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION           MDL No. 1699

13

14   This Document Relates To:              **ORDER RE-SETTING HEARINGS &**
                                            **FURTHER CASE MANAGEMENT**
     John Bolwell          05-3902 CRB      **CONFERENCE**
15   Alane Davis           05-3902 CRB
     Charles C. Foti, Jr. et al.   06-0157 CRB
16   Health Care Service Corp.   11-0310 CRB
     Harril Glen Scott     TBD
17

18

19        The Court previously scheduled for March 16, 2012 a case management conference

20   ("CMC") and hearings regarding:  (1) a continued Order to Show Cause regarding John Bolwell

21   & Alane Davis, Case No. 05-3902 CRB; (2) Pfizer's motion to dismiss the complaint filed by

22   Health Care Service Corporation, Case No. 11-0310 CRB; and (3) the discovery to be conducted

23   in the case filed by Charles C. Foti, Jr. et al., Case No. 06-0157 CRB.  The Court also ordered

24   Defendants' Liaison Counsel to advise the Court on any other personal injury cases awaiting

25   transfer to these MDL proceedings.

26   /////

27   /////

28   /////
                                        - 1 -
     ORDER RE-SETTING HEARINGS & CASE MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

     EAST\48041409.1

1    Based on the availability of counsel and the Court, the Court hereby re-sets the CMC and

2  hearings for Thursday, March 22 at 10:00 a.m.

3  **IT IS SO ORDERED.**

4

5  Dated: _____ Feb. 29 , 2012

6                                              HONORABLE CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

ORDER RE-SETTING HEARINGS & CASE MANAGEMENT CONFERENCE – M:05-CV-01699-CRB