UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| This Document Relates To:<br><br>John Bolwell           05-3902 CRB<br>Alane Davis            05-3902 CRB<br>Charles C. Foti, Jr. et al.   06-0157 CRB<br>Health Care Service Corp.  11-0310 CRB<br>Harril Glen Scott       TBD | **ORDER RE-SETTING HEARINGS & FURTHER CASE MANAGEMENT CONFERENCE** |

The Court previously scheduled for March 16, 2012 a case management conference ("CMC") and hearings regarding: (1) a continued Order to Show Cause regarding John Bolwell & Alane Davis, Case No. 05-3902 CRB; (2) Pfizer's motion to dismiss the complaint filed by Health Care Service Corporation, Case No. 11-0310 CRB; and (3) the discovery to be conducted in the case filed by Charles C. Foti, Jr. et al., Case No. 06-0157 CRB. The Court also ordered Defendants' Liaison Counsel to advise the Court on any other personal injury cases awaiting transfer to these MDL proceedings.

/////

/////

/////

- 1 -

ORDER RE-SETTING HEARINGS & CASE MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

EAST\48041409.1

1  Based on the availability of counsel and the Court, the Court hereby re-sets the CMC and
2  hearings for Thursday, March 22 at 10:00 a.m.
3  **IT IS SO ORDERED.**
4
5  Dated: _____Feb. 29_, 2012 _____
   HONORABLE CHARLES R. BREYER
6  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

- 2 -
ORDER RE-SETTING HEARINGS & CASE MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

EAST\48041409.1